IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDOLPH WALLACE BOULDEN,

    Plaintiff,

v.

DEPUTY ZAHN, DEPUTY WACHHOLZ,
DEPUTY SEXTON AND SGT. MOORE,

    Defendants.

ORDER

Case No. 23-cv-244-jdp

Plaintiff Randolph Wallace Boulden has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified inmate account statement no later than May 12, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Randolph Wallace Boulden may have until May 12, 2023 to submit a trust fund account statement for the period beginning approximately October 20, 2022 and ending approximately April 20, 2023. If, by May 12, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action

voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 21st day of April, 2023.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge